CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

DEC 0 6 2006

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | | |
|---|---|---|
| REV. PIERRE A. RENOIR, | ) | |
| Plaintiff, | ) | Civil Action No. 7:06cv00677 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| | ) | |
| SGT. HAMILTON, et al., | ) | By: James C. Turk |
| Defendants. | ) | Senior United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby **ADJUDGED AND ORDERED** that Renoir's complaint is hereby **DISMISSED** without prejudice pursuant to 28 U.S.C. §1915(g), all other pending motions are hereby **DENIED** as **MOOT**; and this case is hereby **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send certified copies of this Order and accompanying Memorandum Opinion to plaintiff.

ENTER: This 6th day of December, 2006.

Senior United States District Judge